# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08-00026-03-CR-W-FJG |
| TROY R. SOLOMON, | ) ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for an Order of Forfeiture. In the Forfeiture Allegation of the Indictment in this case, the United States sought a personal money judgment against the defendants for $991,114.00 in United States currency pursuant to 21 U.S.C. § 853 in that such sum in the aggregate, was received in exchange for the unlawful dispensing and unlawful distribution of controlled substances or is traceable thereto. The defendants will be jointly and severally liable for the money judgment.

The United States has filed a Motion for Entry of Final Order of Forfeiture which would consist of a personal money judgment against defendant Troy R. Solomon in the amount of $991,114.00.

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

On June 30, 2010, a jury found the defendant Troy R. Solomon guilty of Counts One through Twelve of the Indictment. As a result of the guilty verdicts, the United States is seeking a personal money judgment in the amount of $991,114.00 for which he will be

jointly and severally liable with the other defendants in this matter.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Troy R. Solomon shall forfeit to the United States the sum of $991,114.00 pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4)(a), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $991,114.00 to satisfy the money judgment in whole or in part.

**IT IS SO ORDERED.**

                                                      **/S/ FERNANDO J. GAITAN, JR.**
                                                      Fernando J. Gaitan, Jr.
                                                      Chief United States District Judge

Dated:  May 16, 2011
Kansas City, Missouri